BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-MAIL: deborah.r.douglas@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 15-0575 WHO |
|     Plaintiff, ) | NOTICE OF DISMISSAL |
|     v. ) | |
| JOSUE OLMAN MARTINEZ, ) | |
|     Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:                                                      Respectfully submitted,

                                                                 BRIAN J. STRETCH
                                                                 United States Attorney

                                                                 _____
                                                                BARBARA J. VALLIERE
                                                                Chief, Criminal Division

NOTICE OF DISMISSAL (CR 15-0575 WHO)

ORDER

Leave is granted to the government to dismiss the indictment.

Date: February 9, 2017

_____
HONORABLE WILLIAM H. ORRICK III
United States District Judge